| AO 10 Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2013 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial) Lipp, Wendelin I. | 2. Court or Organization Maryland- Bankruptcy Court | 3. Date of Report 04/14/2013 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Active US Bankrupty Judge | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2013 to 12/31/2013 |

| 7. Chambers or Office Address 6500 Cherrywood Lane Third Floor Greenbelt, Maryland 20770 |
| --- |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. Board of Directors | Walter Chandler American Bankruptcy Inn of Court |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lipp, Wendelin I. | 04/14/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | ▨ salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | BANKRUPTCY BAR ASSOCIATION FOR THE DISTRICT OF MARYLAND ANNUAL SEMINAR | May 3-4, 2013 | Annapolis, Maryland | Seminar Speaker | FOOD AND 1 NIGHT STAY AT HOTEL |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lipp, Wendelin I. | 04/14/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental property Montgomery County, MD ($148,000) | D | Rent | M | S | | | | | |
| 2. GE-common | C | Dividend | M | T | | | | | |
| 3. United Tech-common | B | Dividend | N | T | | | | | |
| 4. ▒▒▒▒ Inc. | C | Distribution | L | U | | | | | |
| 5. ▒▒▒▒▒▒▒ LLC | A | Distribution | J | U | | | | | |
| 6. 401K | | | | | | | | | |
| 7. SWMXX | A | Dividend | M | T | | | | | |
| 8. EUEYX | A | Dividend | J | T | | | | | |
| 9. JENSX | A | Dividend | J | T | | | | | |
| 10. BJBIX | A | Dividend | J | T | | | | | |
| 11. Capital One Bank-Various Accounts | A | Interest | M | T | | | | | |
| 12. Acacia Whole Life Insuranc policy | A | Dividend | J | T | | | | | |
| 13. Acacia Whole Life Insurance policy | A | Dividend | K | T | | | | | |
| 14. AIG Sun America | A | Interest | J | T | | | | | |
| 15. Willets Shoes-common | | None | | | Closed | 12/31/13 | | | |
| 16. IRA#1 | | | | | | | | | |
| 17. Citibank NA, Bank Deposit Program | A | Interest | | | Closed | 07/12/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lipp, Wendelin I. | 04/14/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. RBC Bank Deposit Program | A | Interest | J | T | Open | 07/12/13 | J | | |
| 19. AGDAX | C | Dividend | K | T | | | | | |
| 20. HFLAX | A | Dividend | K | T | | | | | |
| 21. LALDX | | None | | | Sold | 02/15/13 | K | A | |
| 22. PONAX | B | Dividend | K | T | | | | | |
| 23. TPINX | C | Dividend | K | T | | | | | |
| 24. SGENX | C | Dividend | L | T | | | | | |
| 25. GIOAX | B | Dividend | K | T | Buy | 02/15/13 | K | | |
| 26. GSDAX | A | Dividend | J | T | Sold (part) | 09/03/13 | K | | |
| 27. UIT FT DIV. INCOME PLUS PORT SERIES 5 | B | Dividend | K | T | | | | | |
| 28. UIT FT SMID HIGH DIV.PORT SERIES 5 f/k/a SMDV5R UFT SMID DIV 5 | B | Dividend | K | T | | | | | |
| 29. UIT FTP Preferred Inc Series 54 | A | Dividend | | | Sold | 09/03/13 | K | A | |
| 30. UIT FT DIV. INC.PLUS PORT SERIES 8 | A | Dividend | K | T | Buy | 02/15/13 | K | | |
| 31. UIT FTP, High Dividend Port Series Equity 10 | D | Dividend | L | T | | | | | |
| 32. GLOBAL X FDX (SDIV) | B | Dividend | K | T | Buy | 02/15/13 | K | | |
| 33. UTS, GUGG, Series 11 Zacks | A | Dividend | | | Sold | 04/04/13 | K | A | |
| 34. UIT GUGG DEF PORT ZACKS INC SERIES 20 | A | Dividend | K | T | Buy | 04/04/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lipp, Wendelin I. | 04/14/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. WISDOMTREE TRUST MIDCAP DIV FD ETF (DON) | A | Dividend | J | T | Buy | 09/03/13 | J | | |
| 36. WISDOMTREE TRUST SMALLCAP FUND ETF | A | Dividend | J | T | Buy | 09/03/13 | J | | |
| 37. WISDOMTREE TR EUROPE HEDGE EQUITY FUND (HEDJ) | A | Dividend | J | T | Buy | 09/03/13 | J | | |
| 38. WISDOMTREE TRUST EUROPE SMALLCAP DIV. FUND ETF (DFE) | A | Dividend | J | T | Buy | 09/03/13 | J | | |
| 39. IRA#2: | | | | | | | | | |
| 40. Oppenheimer Value Fund (CGRWX) | A | Dividend | J | T | | | | | |
| 41. Growth Fund of America MF | A | Dividend | J | T | | | | | |
| 42. Washington Mutual Investors Fund MT | A | Dividend | J | T | | | | | |
| 43. QQQ 100 Trust/Powershares | A | Dividend | K | T | | | | | |
| 44. Blackrock US Opportunities Portfolio Class A (BMEAX) | A | Dividend | J | T | | | | | |
| 45. Allianz RCM Global Technology-MF (RAGTX) | A | Dividend | K | T | | | | | |
| 46. Goldman Sachs Mid Value Fund-MF | A | Dividend | K | T | | | | | |
| 47. Ivy Asset Strategy Fund Class A (WASAX) | A | Dividend | J | T | | | | | |
| 48. Prudential Jennison 20/20 Focus Fund-MF | B | Dividend | K | T | | | | | |
| 49. Oppenheimer Value Fund Class A | A | Dividend | K | T | | | | | |
| 50. Oppenheimrer Amt-Free Municipals FD CL A | A | Interest | K | T | | | | | |
| 51. The Growth Fund of America-MF | A | Dividend | L | T | Sold (part) | 12/24/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lipp, Wendelin I. | 04/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. LMP Short Duration Muni Income Fund (SHDAX) | A | Interest | K | T | | | | | |
| 53. UIT FTP High Div Equity Portfolio 10 | A | Dividend | K | T | | | | | |
| 54. UTS FTP Strat Income Plus | A | Dividend | | | Sold | 09/03/13 | K | | |
| 55. New Perspective Fund A | A | Dividend | L | T | Sold (part) | 06/03/13 | J | | |
| 56. | | | | | Sold (part) | 08/15/13 | J | | |
| 57. | | | | | Sold (part) | 12/24/13 | J | | |
| 58. Fundamental Investors A | A | Dividend | K | T | Sold (part) | 12/24/13 | J | | |
| 59. UIT FTP Dividend Income Plus Port Series 5 | B | Dividend | L | T | | | | | |
| 60. UIT FTP Dividend Strength Port Series 13 | A | Dividend | K | T | | | | | |
| 61. UIT FTP SMID High Div. Port Series 5 F/K/A UTS FTP SMID DIV STRENGTH | A | Dividend | K | T | | | | | |
| 62. Citigroup SmithBarney Various Accounts | | None | J | T | Sold (part) | 07/12/13 | M | | |
| 63. Alpine Global Premier Fund | A | Dividend | J | T | | | | | |
| 64. UIT FTP, SMID Capital Strength Port Series 14 | A | Dividend | K | T | | | | | |
| 65. UIT FT SERIES 21 CAP STRENGTH PORT SEMI-ANNUAL | A | Dividend | K | T | Buy | 09/10/13 | K | | |
| 66. DE | A | Dividend | J | T | | | | | |
| 67. EEP | | None | J | T | | | | | |
| 68. FTSIPCE15R -Strategic Income Plus Closed End | A | Dividend | | | Sold | 09/03/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lipp, Wendelin I. | 04/14/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. FAM | A | Dividend | | | Sold | 09/03/13 | J | | |
| 70. JOY | A | Dividend | J | T | | | | | |
| 71. STXAX | B | Int./Div. | K | T | | | | | |
| 72. MFC | A | Dividend | J | T | | | | | |
| 73. NYX | A | Dividend | | | Sold | 11/15/13 | J | | |
| 74. JTD | A | Dividend | J | T | | | | | |
| 75. ONEOK Partners LP | | None | J | T | | | | | |
| 76. Pimco Total Return Fund (PTTAX) | A | Dividend | | | Sold | 09/03/13 | J | | |
| 77. UIT,GUGG, Zacks Income Advantage Strategy Series 20 | B | Dividend | K | T | | | | | |
| 78. UIT GUGG DEF PORT SERIES 2 MLP & ENERGY | A | Dividend | K | T | Buy | 04/04/13 | K | | |
| 79. PGHYX | B | Dividend | K | T | | | | | |
| 80. XLK | | None | K | T | | | | | |
| 81. SPH | A | Interest | J | T | | | | | |
| 82. TPINX | A | Dividend | K | T | | | | | |
| 83. RIG | A | Dividend | J | T | | | | | |
| 84. CIBFX | A | Dividend | J | T | | | | | |
| 85. IGD | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. DVY | A | Dividend | J | T | | | | | |
| 87. MOO | A | Dividend | J | T | | | | | |
| 88. SDIV | B | Dividend | K | T | Buy | 02/19/13 | K | | |
| 89. ICE (X) | A | Dividend | J | T | | | | | |
| 90. Depemdent #2: | | | | | | | | | |
| 91. GE | A | Dividend | | | Distributed | 06/14/13 | J | | |
| 92. Jennison 20/20 Focus Fund | A | Dividend | | | Distributed | 06/14/13 | K | | |
| 93. Goldman Sachs Mid Value Fund | A | Dividend | | | Distributed | 06/14/13 | J | | |
| 94. Capital One Bank f/k/a Chevy Chase Bank- var. accts (HRT) | A | Interest | J | T | | | | | |
| 95. Citigroup Smith Barney Money Market | | None | | | Distributed | 06/14/13 | J | | |
| 96. Dependent #1 | | | | | | | | | |
| 97. GE | A | Dividend | | | Distributed | 06/14/13 | J | | |
| 98. Jennison 20/20 Focus Fund | A | Dividend | | | Distributed | 06/14/13 | K | | |
| 99. Goldman Sachs Mid Value Fund | A | Dividend | | | Distributed | 06/14/13 | J | | |
| 100. Citigroup Smith Barney Money Market | | None | | | Distributed | 06/14/13 | J | | |
| 101. TRUSTEE: | | | | | | | | | |
| 102. MO | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lipp, Wendelin I. | 04/14/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. LLY | A | Dividend | J | T | Buy | 04/05/13 | K | | |
| 104. NEE | A | Dividend | K | T | | | | | |
| 105. GE | A | Dividend | K | T | Buy (add'l) | 04/5/13 | K | | |
| 106. KFT | A | Dividend | J | T | | | | | |
| 107. MDLZ | A | Dividend | J | T | | | | | |
| 108. PM | A | Dividend | K | T | | | | | |
| 109. UTX | A | Dividend | K | T | | | | | |
| 110. VZ | A | Dividend | K | T | | | | | |
| 111. GRI | A | Dividend | K | T | Buy | 04/05/13 | K | | |
| 112. IWF | A | Dividend | L | T | Buy (add'l) | 04/05/13 | K | | |
| 113. RXI | A | Dividend | K | T | Buy | 04/05/13 | K | | |
| 114. CD GE CAPITAL FINANCIAL | B | Interest | | | Redeemed | 08/13/13 | K | | |
| 115. CD DISCOVER BANK | B | Interest | | | Redeemed | 11/12/13 | K | | |
| 116. PIFCX | B | Dividend | L | T | | | | | |
| 117. NHMCX | B | Dividend | K | T | | | | | |
| 118. ML CMA ACCOUNT | C | Interest | M | T | | | | | |
| 119. XLP | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lipp, Wendelin I. | 04/14/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ]  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  XLU | A | Dividend | J | T | | | | | |
| 121.  CD GE CAPITAL FINANCIAL | B | Interest | | | Redeemed | 08/13/13 | K | | |
| 122.  CD GOLDMAN SACHS BANK USA | A | Interest | K | T | | | | | |
| 123.  NM BANK AMERICA CORP BE K/K/A FIA CARD SERVICES NA RASP | A | Interest | K | T | | | | | |
| 124.  PDBCX | B | Dividend | M | T | | | | | |
| 125.  DWX | B | Dividend | L | T | Buy (add'l) | 04/05/13 | K | | |
| 126.  XOM | A | Int./Div. | K | T | | | | | |
| 127.  EMR | A | Int./Div. | J | T | | | | | |
| 128.  BSV | A | Dividend | L | T | Buy | 04/05/13 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lipp, Wendelin I. | 04/14/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII. Investments and Trusts:

No.1: The tax assessment is $148,000.

No. 54 and 68 are duplicates of the same fund and should have been reported only once in the past.

No. 89 : This fund was inherited in 2010 and was inadvertantly omitted in the past.

No. 91 -93 and 95-100: These assets were transferred to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ .

No 114 and 121 appear to be duplicate entries. Only one CD was redeemed and neither remains on the account statements.

| Name of Person Reporting | Date of Report |
|---|---|
| Lipp, Wendelin I. | 04/14/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Wendelin I. Lipp**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544